UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLO VARTINELLI,

    Plaintiff,                                Case No. 1:03-cv-323

v                                             Hon. Wendell A. Miles

ROBERT S. MOSKALIK, M.D.,
WILLIAM MALATINSKI, M.D.,
JOHN HARTER, R.N., and
CLAIRE HAMMER, R.D.,

    Defendants.

_____/

## ORDER OF DISMISSAL

For the reasons stated in the court's Order on Defendant's Objections to Magistrate Judge's Report and Recommendation issued on this same date, this action is dismissed without prejudice for failure to exhaust administrative remedies.

So ordered this 9th day of February, 2006.

                                                              /s/ Wendell A. Miles
                                                               Wendell A. Miles
                                                               Senior U.S. District Judge